

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2020

No. 04-20-00407-CV

Marian **HADDAD**,
Appellant

v.

**TRI-COUNTY A/C & HEATING, LLC**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-0908-CV
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Sitting en banc:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice[1]
Luz Elena Chapa, Justice[2]
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On September 30, 2020, a panel of this court dismissed this appeal for want of jurisdiction based on a late-filed notice of appeal. On October 30, 2020, Appellant filed a motion for en banc reconsideration, *see* Tex. R. App. P. 49.7, without requesting an extension of time to file the motion, *see* Tex. R. App. P. 49.8. The en banc court sua sponte extended the deadline for Appellant to file a motion for extension of time, which she filed on November 23, 2020. We requested Appellee to file a response to Appellant's motion for en banc consideration, which the Appellee then filed on December 3, 2020. After consideration, the motion for en banc reconsideration is **DENIED**.

_____
Rebeca C. Martinez, Justice

---

[1] Justice Alvarez dissents with opinion.
[2] Justice Chapa dissents to the denial of the motion for en banc reconsideration and joins Justice Alvarez's opinion dissenting from the denial.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2020.

Michael A. Cruz, Clerk of Court